754 A.2d 679

**COMMUNITY GENERAL OSTEOPATHIC HOSPITAL**

v.

**DAUPHIN COUNTY BOARD OF ASSESSMENT APPEALS, the County of Dauphin, Lower Paxton Township and Central Dauphin School District.**

**Petition of Dauphin County.**

Supreme Court of Pennsylvania.

July 21, 2000.

Kenneth Chestek, Erie, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 21 st day of July, 2000, the petitions for allowance of appeal are granted.  The order of the Common-

wealth Court is affirmed. *Wilson Area School District v. Easton Hospital*, 561 Pa. 1, 747 A.2d 877 (2000).